679 A.2d 1263

**Richard W. BURCIK and Richard Ryan Burcik**

**v.**

**Dorothy CHILDRESS, Commissioner, Bureau of Professional and Occupational Affairs.**

**Appeal of Richard Ryan BURCIK.**

Supreme Court of Pennsylvania.

July 25, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of July, 1996, the order of the Commonwealth Court is hereby affirmed.